**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN THE MATTER OF<br><br>KEVIN J. MAZZUCA<br>GAYLE A.MAZZUCA<br><br>DEBTOR | IN PROCEEDINGS<br>UNDER CHAPTER 13<br><br>NO. 09-09426<br>JUDGE: Squires |

## NOTICE OF STATEMENT OF OUTSTANDING MORTGAGE OBLIGATION

As you know, our firm represents Residental Funding Company, LLC c/o GMAC Mortgage LLC in your Chapter 13 case.  In that capacity, we have been retained to collect a debt provided for by your Chapter 13 Plan.  As of 05/19/2011, the post-petition sums due and collectable are as follows:

| | | |
|---|---|---|
| 04/2009 – 05/2011 monthly payments at $866.52 each | = $ | 22,529.52 |
| 1 BPO $83.00 each | $ | 83.00 |
| TOTAL | = $ | 22,612.552 |

       Respectfully submitted,

        /s/ Todd J. Ruchman
       Attorney for Residential Funding Company, c/o GMAC Mortgage, LLC

Richard B. Aronow ARDC# 03123969
Michael J. Kalkowski ARDC# 06185654
Josephine J. Miceli ARDC# 06243494
Christopher R. Murphy ARDC# 06302607
Todd J. Ruchman ARDC# 06271827
Fisher and Shapiro, LLC
2121 Waukegan Road, Suite 301
Bannockburn, IL 60015
(847)291-1717
Attorneys for Movant
09-020157

**THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE**